RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 20 2015
Abel Acosta, Clerk

83,214-01,02

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 19 2015
Abel Acosta, Clerk

REGINALD HAGAN
POWLEDGE UNIT- TDC# 1962892
1400 FM 3452
PALESTINE, TEXAS 75803

COURT OF CRIMINAL APPEALS
P.O.BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

SHARON KELLER
Presiding Judge

Ref. Cause#1408898
Cause#1438396

ABEL ACOSTA
Clerk

MAY 18,2015

On Nov. 18,2013 while attending therapy for my condition after suffering a stroke, I received a phone call from a police officer who advised me I had a warrant for my arrest. He asked me if I was home and I told him no I wasn't and what address was he calling me from. He told me he was at 5706 Northridge and I told him that wasn't my house but my grandfathers house. The officer then asked me how long it would take me to get there and I told him about 45 minutes. When I arrived at the above stated address, and departed my vehicle, the officers came out from the house and informed me that I was under arrest for assault of a family member. I was then placed in the squad car and taken to city jail for (3) days, and then transferred to Harris County Jail. I was advised of (3) charges against me:

1). Assault of a family member

2). Felony poss. of a weapon

3). Felony poss. of a controlled substance

I remained in Harris County Jail for approx. a year fighting these charges. My Attorney was R.P. (Skip) Cornelius. This man was telling me to sign a plea bargain the whole time while telling my mother he was going to get the charges dropped.

The officers only had an arrest warrant and no search warrant. Either way, the residence was not mine. I had gone by there that morning after going to the pharmacy to get my prescriptions filled to see my grandfather for a bit before going to therapy. When I left I forgot my prescriptions and they were placed in a bedroom for safe keeping until I came back for them. The police, without a search warrant, found items in that house and because my medication bottles were in the same room they found the other items, I was charged erroniously.

While detained at Harris County I continually brought these facts up to my attorney. I also kept asking about the D.A.'s evidence and my attorney said, "they ain't gotta show me____!" I finally wrote the D.A. myself, as a result two of my charges was dropped.

After speaking to the D.A. in court I was told that the gun was a 45 cal. and there were two packets of drugs; one amphetamine and one cocaine. I pointed out the fact that I was a disabled right handed person, how was I gonna use a gun? And also the police didn't have a search warrant. I was told they had photo's. I said I wanted to see finger prints or something proving those things were mine.

-1-

My attorney advised me at that time to take the eight years cause if we go to trial my past record of (1) felony and (6) misdemeanors would aid in getting me more time as circumstantial leading to probability. I found out also that my court appointed attorney had asked my mother to get me to take the eight years or face more time in prison. He continually advised me to sign-sign-sign or my past would get me more time, regardless of whether or not I was guilty.

Finally, on Oct. 24,2014, feeling like I had no other choice I signed for the eight years. After getting to prison on Feb. 23,2015, I received a communication from the D.A.'s office-(Mr. Bax), informing me that they had determined there were no finger prints of mine found regarding cause #1408898 or #1438396. He said, that my attorney of record for the defense should address the matter of illegal conviction in the 262nd District court due to the fraudulant evidence and as I consider it- coercion by court appointed officials.

I have filed a post-conviction 11.07 writ on March 19,2015. I pray my situation be looked upon in a timely and reasonable manner, so that an injustice can be nade right.

So the court knows, I am still disabled to the point that I cannot write. All my correspondence is being done with the assistance of some caring associates here in prison. I pray fervently for the courts mercy and understanding in this very important matter, with the hope they'll correct an incorrect action.

Respectfully submitted,

Reginald Hagan #1962892
Reginald Hagan #1962892

-2-